■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC L. PAULIN, Appellant. [696 NYS2d 907] —Appeal from a judgment of the County Court of Greene County (Lalor, J.), rendered May 12, 1998, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the third degree.

Defendant pleaded guilty to the crime of criminal possession of a controlled substance in the third degree and, pursuant to a negotiated plea agreement, waived his right to appeal and was sentenced as a second felony offender to an indeterminate sentence of 7 to 14 years in prison. Defendant now argues that this sentence was harsh and excessive. However, because defendant waived his right to appeal as part of a knowing, voluntary and intelligent plea of guilty, he has failed to preserve this issue for our review (*see, People v Buchanan*, 236 AD2d 741, *lv denied* 89 NY2d 1032). Nevertheless, were we to reach this issue, we would find that defendant has presented insufficient evidence of extraordinary circumstances so as to warrant a modification of his sentence in the interest of justice (*see, People v Brown*, 251 AD2d 694, *lv denied* 92 NY2d 1029; *People v Motter*, 235 AD2d 582, 589, *lv denied* 89 NY2d 1038).

Mikoll, J. P., Mercure, Crew III, Carpinello and Mugglin, JJ., concur. Ordered that the judgment is affirmed.